AO 91 (Rev 5/85) Criminal Complaint          N ω ⊥          AUSA Kenneth Chadwell(313)226-9698

# United States District Court



_____EASTERN_____ DISTRICT OF _____MICHIGAN_____

UNITED STATES OF AMERICA

V.

Wissam ABUDAYYEH

**F I L E D**
JAN 0 6 2005
CLERK'S OFFICE
DETROIT

**CRIMINAL COMPLAINT**

CASE NUMBER: **05-80010**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 4, 2005__ in _WAYNE_____county, in the __EASTERN_____ District of _____MICHIGAN_____ defendant(s) did, (Track Statutory Language of Offense)

knowingly, intentionally, and unlawfully brought to or attempted to bring to the United States eighteen undocumented aliens in a manner or place other than designated as a port of entry or place other than as designated by the Commissioner, regardless of whether such alien has received prior official authorization to come to, enter, or reside in the United States and regardless of any future official action which may be take with respect to such alien;

in violation of Title ____8_____United States Code, Section(s) 1324(a)(1)(A)(i), .

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

### See Attached Affidavit

Continued on the attached sheet and made a part hereof: ■ Yes ☐ No

Angus P. Lowe, Special Agent, ICE

Sworn to before me and subscribed in my presence,

_January 6, 2005_____          at     __Detroit, Michigan_____
Date                                                                        City and State

Hon. Donald A. Sheer
U.S. Magistrate Judge

Name & Title of Judicial Officer                               Signature of Judicial Officer

## AFFIDAVIT

1. I am a Special Agent with United States Immigration and Customs Enforcement, and have been so employed for the past eight years. The following information is submitted in support of a finding of probable cause and is therefore a summary of facts known to me.

2. On January 5, 2005 at approximately 7:30 a.m. I received a call about a possible alien smuggling case at the Detroit Rail Yard.

3. I responded to the United States Border Patrol's (USBP) Detroit Station. When I arrived there, I spoke to Agent David Yorke who is a border patrol agent.

4. Agent Yorke related that at approximately 4:25 a.m. Border Patrol Agents were conducting freight train operations at the Detroit-Windsor Rail tunnel. As a Norfolk Southern engine #9863 entered the United States through the rail tunnel agents observed two groups of people in separate train cars. The train was stopped for inspection and agents located 19 aliens concealed on the train. They included 17 Chinese nationals, one Albanian and a Palestinian named Wissam ABUDAYYEH. The Detroit-Windsor Rail tunnel is not a designated port of entry and none of the 19 aliens possessed the proper documents to enter the United States.

5. ABUDAYYEH admitted to Agent Yorke and United Border Patrol Agent Leon Boyer that he was attempting to smuggle the 18 other aliens into the United States as

they were not in possession of documents to enter the United States. ABUDAYYEH stated that he accompanied the aliens on the train ride across the border. After reaching Detroit, ABUDAYYEH was to conceal the aliens in the brush near the Detroit Windsor Rail yard. Upon successfully smuggling the aliens ABUDAYYEH was to be paid $400USD per alien. In addition, the smuggled aliens indicated that they paid money to be smuggled into the United States.

6. Therefore, I believe there is probable cause that the defendant violated Title 8 United States Code, Sections 1324(a)(1)(A)(i)

Angus P. Lowe, Special Agent
United States Immigration
and Customs Enforcement

Sworn and subscribed before me this 6th day of January 2005.

Hon. Donald A. Sheer
United States Magistrate Judge